AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Luis DE LA TORRE<br><br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

**FILED**
June 03, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ FM _____
DEPUTY

**EP:26-M-02472-MAT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ June 2, 2026 _____ in the county of _____ El Paso _____ in the
_____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 952 | Knowingly and intentionally, import into the United States, from the Republic of Mexico, approximately 10.64 kilograms (gross weight) of Cocaine a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Complaint sworn to telephonically on
_____ June 03, 2026 _____ at _____ 02:00 PM _____ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
*Complainant's signature*

Sergio Contreras, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 06/03/2026 _____

_____
*Judge's signature*

City and state: _____ El Paso, Texas _____

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

**<u>Affidavit</u>**

On June 2, 2026, at approximately 0705 hours, Jose Luis DE LA TORRE applied for admission into the United States at the vehicle lane number 9 of the Bridge of the Americas Port of Entry El Paso, Texas, which is within the Western District of Texas.

Customs and Border Protection Officers (CBPO) assigned to the Mobile Enforcement Team (MET) were conducting pre-primary inspections that morning. CBPO Gene Palmer randomly selected a white Volkswagen Jetta bearing Texas plates number VLF6052 for inspection. CBPO Palmer utilized a handheld mirror to look at the undercarriage of the vehicle and notice tampering on the bolts of the bumper reinforcement bar. CBPO Palmer requested assistance from other CBPOs and approached the window of the vehicle and received a negative pre-primary Customs declaration from the driver, who identified himself as Jose Luis DE LA TORRE. CBPO Palmer asked DE LA TORRE where he was traveling to. DE LA TORRE stated to CBPO Palmer that he was traveling to his place of work at a local gym by the name of Kingdom located on Interstate 10 and George Dieter El Paso, Texas. DE LA TORRE also stated that he was coming from his house in Ciudad Juarez Chihuahua, Mexico. DE LA TORRE also stated that the vehicle belonged to him and had purchased it approximately a year in a half ago. DE LA TORRE stated that only him and his sister were the only people that used the vehicle. CBPO Palmer decided to refer the vehicle to secondary for further inspection.

CBPO Jessica Avitia Sosa received a negative secondary Customs declaration from DE LA TORRE. CBPO Avitia Sosa asked DE LA TORRE who the vehicle belonged to. DE LA TORRE stated it was his vehicle and had purchased it on a Facebook add approximately a year in a half ago. CBPO Avitia Sosa asked DE LA TORRE where he was traveling to. DE LA TORRE stated he was going to the Kingdom gym where he worked as a trainer. CBPO Avitia Sosa asked DE LA TORRE besides him who else uses the vehicle. DE LA TORRE stated that his sister used the vehicle occasionally. CBPOs Avitia Sosa and Palmer escorted the vehicle to secondary for further inspection.

CBP Canine Enforcement Officer (CEO) Carlos Fernandez was asked to assist with his canine partner and conduct a canine sniff on DE LA TORRE's vehicle. After the canine inspection, CEO Fernandez notified the Officers that he had obtained an alert from his canine partner to the trained odor of narcotics to the rear of the vehicle.

The vehicle was driven through the Z-Portal Xray for further inspection. CBPO Diana Barajas examined the Xray images of DE LA TORRE's vehicle and noticed dense anomalies in the rear bumper and the corner of the bumper and reported it to the Officers. DE LA TORRE was escorted to a secure cell, and the vehicle was driven to a secure area where the rear bumper was removed, and two non-factory compartments were discovered. Several clear plastic wrapped bundles were discovered inside the non-factory compartments.

A total of ten (10) bundles were extracted from the non-factory compartments. The ten bundles had an approximately gross weight of 10.64 kilograms. A randomly selected bundle was cut open, and a white powdery substance was extracted, which tested positive for the properties of cocaine.

Homeland Security Investigation (HSI) Task Force Officers (TFO) Sergio Contreras, Scott Wehrmeyer and HSI Special Agent (SA) Juan Martinez arrived at the Port of Entry and identified themselves to DE LA TORRE. DE LA TORRE was read the Statements Notice of Rights Miranda Warnings in the Spanish language by HSI TFO Contreras and witness by HSI SA Martinez. At that time, DE LA TORRES stated he understood his rights and requested an attorney. All questions were stopped and DE LA TORRE was escorted back to a cell.

Approximately fifteen to twenty minutes later DE LA TORRE knocked on his cell door and informed a CBPO that he had changed his mind and wanted to speak to the Officer and Agent. DE LA TORRE was escorted back to the interview room and read the Statements Notice of Rights Miranda Warnings for the second time. DE LA TORRE was also asked if anyone had force or advised him to change his mind. DE LA TORRE stated that he had changed his mind on his own and wanted to speak with the Officer / Agent without an attorney present.

DE LA TORRE stated that a friend of his had given him a cell phone number of a person that needed people to cross items into El Paso, Texas. DE LA TORRE was asked what items he had been offered to cross into El Paso, Texas and DE LA TORRES stated "drogas" (drugs). DE LA TORRES was asked if he knew what type of drugs he was smuggling. DE LA TORRES stated he believed it was cocaine but had never asked because the less he knew the better for him. DE LA TORRE stated that once he crossed into El Paso, Texas, he would make a call and asked where to take the car so the drugs would be taken out. DE LA TORRES stated he had previously delivered the loaded vehicle to the parking lot of Burlington stores located on Zaragoza, Eastlake and the parking lot of a Walmart store located on Americas Ave. DE LA TORRE stated he was receiving six hundred dollars ($600.00) as payment for each successful drug smuggling trip. DE LA TORRE stated he had been smuggling drugs since September 2025 at least twice a week.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included every fact known to me concerning this incident.